UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:19-CR-220-012 |
| | ) |
| | ) |
| JOSEPH LOCKE | ) |

**NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT**

Defendant JOSEPH LOCKE, by and through counsel, hereby files this Notice of No Objection to the Presentence Investigation Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared by the United States Probation Office, the Defendant has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted this the 3rd day of March, 2021.

By:

s/ Christopher Rodgers
CHRISTOPHER RODGERS
P.O. BOX 70764
KNOXVILLE, TENNESSEE 37938
 (865) 567-1813


CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.
s/ Christopher Rodgers
CHRISTOPHER RODGERS
ATTORNEY FOR DEFENDANT