UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No.:   3:19-CR-220-TAV-DCP-12 |
| | ) |
| JOSEPH LOCKE, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

This criminal case is before the Court on defendant's motion for the Court to accept and consider his late-filed sentencing memorandum [Doc. 546] and defendant's motion seeking leave to file a document under seal [Doc. 547]. Defense counsel states that he erroneously believed that a sentencing memorandum had already been filed, and, ultimately, filed his sentencing memorandum three days after the deadline for such. Defendant also moves the Court for the entry of an order placing the proposed document, his sentencing memorandum [Doc. 548], under seal due to the sensitive nature of the information contained therein. Upon the Court's review of the motions and the proposed sealed document, and for good cause shown, the motions [Docs. 546, 547] are **GRANTED**. The Clerk is **DIRECTED** to place the proposed document [Doc. 548] under seal, and the filing shall be sealed with the exception that defense counsel shall provide copies to opposing counsel and the United States Probation Office. Furthermore, the Court will take defendant's late-filed sentencing memorandum into consideration in imposing a sentence

that is sufficient, but not greater than necessary, to satisfy the factors of 18 U.S.C. § 3553(a).

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE